UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RAMIREZ,<br><br>        Petitioner,<br><br>   v.<br><br>DEAN BORDERS,<br><br>        Respondent. | Case No. 19-cv-04212-HSG<br><br>**JUDGMENT** |

Pursuant to the Order of Dismissal, this action is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: 9/23/2019

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge